**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA                                                                                                  ELIZABETH G. OYER
FEDERAL PUBLIC DEFENDER                                                      ASSISTANT FEDERAL PUBLIC DEFENDER

March 22, 2018

The Hon. George L. Russell, III
United States District Judge
District of Maryland
101 West Lombard Street – Chambers 7A
Baltimore, Maryland 21201

Re: *United States v. Steven Joseph Murn*, Crim. No. GLR-17-0212

Dear Judge Russell:

My client, Steven Murn, is scheduled to appear before Your Honor on April 4, 2018, to plead guilty to a two-count superseding indictment charging him with one count of bank robbery and one count of attempted bank robbery.  The parties have not entered into a plea agreement.  I am therefore writing to set forth a factual basis for Mr. Murn's guilty plea.  Mr. Murn will stipulate and agree that the government could prove the following facts beyond a reasonable doubt, if the case proceeded to trial.

### Attempted Bank Robbery – August 2, 2016 (Count 2)

On August 19, 2016, Mr. Murn entered a branch of PNC Bank, located at 3201 Mountain Road in Pasadena, Maryland. Mr. Murn was wearing a wig and a baseball cap and carrying a bag. He walked to the check-writing station in the lobby of the bank and then toward a teller station.  The teller asked Mr. Murn to remove his hat and he complied.  Mr. Murn placed his bag on the teller counter and said "C'mon!"  The teller responded, "No."  Mr. Murn then grabbed his bag, exited the bank, and ran away.

### Bank Robbery – August 29, 2016 (Count 1)

On August 29, 2016, Mr. Murn committed a robbery of a branch of Hamilton Bank located at 8108 Jumpers Hole Road in Pasadena, Maryland.  Mr. Murn entered the bank wearing an orange safety vest over a t-shirt and a hard hat with a towel draped beneath it.  He was

The Hon. George L. Russell, III
*United States v. Steven Joseph Murn*, Crim. No. GLR-17-0212
March 22, 2018
Page 2

carrying a bag. Mr. Murn walked over to a check-writing station, where he wrote a note on a deposit slip stating: "BOMB ALL MONEY NOW PLEASE."

Mr. Murn then walked to a teller station, removed an object from his bag, and placed it on the counter. The object was a fake bomb, made from a paper towel roll, gray duct tape, and Play-Doh, with attached wires and a kitchen timer. Mr. Murn told the teller that the object was a bomb and demanded money. The teller opened the cash drawer and Mr. Murn reached over the counter into the drawer, removing bundles of U.S. currency. The total amount of money taken by Mr. Murn was $2,270.

Mr. Murn had difficulty figuring out how to exit the bank. He initially attempted to exit through the one-way entry door, kicking the plate glass when it would not open. He then dropped the cash he had taken, which he spent some time scrambling to pick up. He eventually exited through the exit door with assistance from the bank manager. Mr. Murn fled in his vehicle, which was parked nearby. He was apprehended the following day in Franklin County, Pennsylvania.

Respectfully,

/s/

Elizabeth G. Oyer
Assistant Federal Public Defender

EGO:sdf
cc (via ECF): Matthew Maddox, Esq.